UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                           CHAPTER 13 PROCEEDINGS
RONALD EUGENE AYRES
VIVIAN AMELIA AYRES                              CASE NO: 14-20695 KL
   Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee filed Notice that the amount required to cure the default in the below claim has been paid in full, and the ongoing post-petition payments are current.

**Name of Creditor: BSI FINANCIAL SERVICES**
**Court Claim No.:** 9

**Last four (4) digits of any number used to identify the Debtor's account: 2460**

**Final Cure Amount:**

   Amount of Allowed Pre-Petition Arrearage:   $19,691.09

   Amount Paid By Trustee                      $19,691.09

**Monthly Ongoing Mortgage Payment is Paid:**

   _XX__ Through the Chapter 13 Trustee conduit         ___ Direct by the Debtor

Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Federal Bankruptcy Rule 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: March 2, 2020                        Respectfully Submitted:

                                            /s/ Paul R. Chael
                                            Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2020, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s): LAW OFFICE OF MOSELEY & MARTINEZ

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

Debtor(s) - RONALD EUGENE and VIVIAN AMELIA AYRES, 6430 VALLEYVIEW CT, PORTAGE, IN 46368   ,
Creditors(s) – BSI FINANCIAL SERVICES, 1425 GREENWAY DRIVE STE 400, IRVING, TX 75038

                                                Paul R. Chael /s/
                                                Paul R. Chael, Chapter 13 Trustee
                                                401 West 84th Drive, Suite C
                                                Merrillville, IN 46410